LAWRENCE G. BROWN
United States Attorney

ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7546
Email: adair.f.boroughs@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN R. LA PERLE, STATE OF CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS, AND ALICE LA PERLE AKA ALICE LINN K-LOPEZ,<br><br>    Defendants. | Civil No. 08-cv-02073-JAM-KJM<br><br>**STIPULATION AND REQUEST FOR ORDER DISMISSING THE STATE OF CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS** |

The United States of America and the State of California Department of Veterans Affairs ("the Department of Veterans Affairs"), by counsel undersigned, hereby stipulate and agree as follows:

1. The property located at 7648 Pine Valley Drive, Sacramento, California 95828 (herein referred to as the "Subject Property"), is situated in the County of Sacramento, State of California, and is more particularly described as follows:

> Lot 13, as shown on the "plat of South Woods Unit No. 1," recorded in Book 123 of Maps, Map no. 7, records of Sacramento County
> EXCEPTING THEREFROM, all minerals, oil, gas, and other hydrocarbon substances lying below a depth of 500 feet from the surface of said land without the right of surface entry, as reserved in the deed recorded July 27, 1978, in Book 78-07-27 of the Official Records, at page 908.

2. The United States claims that federal tax liens, which are identified in the Complaint in the above-captioned matter, encumber the Subject Property. The first of these

1  federal tax liens arose on September 14, 1998.

2      3.    By a Grant Deed, recorded October 24, 1984, in the Sacramento County Recorder's Office, Larry and Karen Breuninger conveyed the Subject Property to Stephen R. La Perle and Alice La Perle, as husband and wife.

5      4.    By Grant Deed, recorded August 14, 1985, in the Sacramento County Recorder's Office, the La Perles conveyed the Subject Property to the Department of Veterans Affairs. Then, by an Agreement of Sale also recorded on August 14, 1984, in the Sacramento County Recorder's Office, Stephen La Perle and the Department of Veterans Affairs entered into a contract land sale whereby Mr. La Perle purchased the property from the Department of Veterans Affairs.

11      5.    Since the filing of this action, the amount due and owning on the contract land sale referred to in Paragraph 4 has been paid in full.  Thus, the Department of Veterans Affairs no longer has an interest in the Subject Property.

14      6.    On July 14, 2009, the Department of Veterans Affairs recorded a reconveyance of the Subject Property to Stephen La Perle with the Sacramento County Recorder's Office.

16      7.    The Department of Veterans Affairs hereby disclaims any interest in the Subject Property.

18      8.    As the Department of Veterans Affairs has no interest in the property that is the subject of this suit, the Department of Veterans Affairs and the United States hereby agree to dismiss this action against the Department of Veterans Affairs.

21  //
22  //
23  //
24  //
25  //
26  //

The parties so agree and request an order confirming the foregoing.

                                  LAWRENCE G. BROWN
                                  United States Attorney

Dated: July 23, 2009         /s/ Adair F. Boroughs
                                  ADAIR BOROUGHS
                                  Trial Attorneys, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 683, Ben Franklin Station
                                  Washington, D.C. 20044
                                  Telephone:(202) 305-7546

Dated: July 22, 2009         /s/ Robert D. Wilson (as authorized on 7/22/09)
                                  ROBERT D. WILSON
                                  Deputy Secretary/Chief Counsel
                                  1227 "O" Street, Room 306
                                  Sacramento, CA 95814

                                  Attorneys for California Department of
                                  Veterans Affairs

**IT IS SO ORDERED.**

DATED this 23rd day of July, 2009.

                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  U.S. District Court Judge